NOT FOR PUBLICATION                                                                    **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DR. MARK SCHWARTZ, D.O., | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 06-cv-3173 (DMC) |
| AETNA LIFE INSURANCE COMPANY, John Does (I-V), ABC Corporations (I-V), |  |
| Defendants. |  |

This matter coming before the Court on the Report and Recommendation of United States Magistrate Judge Mark Falk, filed on June 5, 2007; Judge Falk having recommended that this Court grant Aetna Life Insurance Company's ("Defendant") motion to dismiss Plaintiff's Complaint; Judge Falk having reviewed Defendant's motion to dismiss for failure to provide discovery and failure to comply with court orders; Plaintiff having failed to submit opposition; and the Court having examined the Report and for the reasons stated in its Opinion issued on this day,

IT IS on this   19   day of June, 2007;

**ORDERED** that the Report and Recommendation of Judge Falk to grant Defendant's motion to dismiss is **adopted** and **affirmed**.

S/ Dennis M. Cavanaugh  
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office  
cc:         All Counsel of Record  
            The Honorable Mark Falk, U.S.M.J.  
            File